IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IVAN ORTIZ, *individually and on behalf of others similarly situated*,<br><br>                    Plaintiff,<br><br>         v.<br><br>119 LUCKY INC., et al.,<br>                    Defendants. | Civil Action No. 22-957<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that Plaintiff's complaint and all claims of Plaintiff against all Defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

**DEREK SMITH LAW GROUP, PLLC**
*Attorneys for Plaintiff*

/s/ Ian M. Bryson, Esq.
Ian M. Bryson, Esq.
Dated: July 28, 2022


**McCREESH, McCREESH, McCREESH & CANNON**
*Attorneys for Defendants*

/s/ John J. McCreesh, IV, Esq.
John J. McCreesh, IV, Esq.
Dated: July 28, 2022


APPROVED BY THE COURT:

Date:  July 28, 2022

                    /s/ Mitchell S. Goldberg
                    _____
                                                     J.